CLARK, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Mary Clark, as administratrix, etc., against the Manhattan Railway Company. I. N. Mills, for appellant. E. J. McCrossin, for respondent. No opinion. Judgment and order affirmed, with costs.

COLWELL et al., Appellants, v. FRIEDL, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Edward J. Colwell and Louis Unverzagt against Michael Friedl. No opinion. Order affirmed by default, with $10 costs and disbursements.

COMMERCIAL NAT. BANK v. ZIMMERMAN. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by the Commercial National Bank of Syracuse against Martha E. Zimmerman, as administratrix, etc. No opinion. Appeal discontinued upon stipulation.

CONKLIN, Respondent, v. GARRIGUES, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Mary E. Conklin, as administratrix, against William A. Garrigues, impleaded. E. L. Richards, for appellant. D. F. Kiely, for respondent. PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest and costs, to the sum of $8,840.60, in which event, judgment, as so modified, and order, affirmed, without costs.

In re CONLON. (Supreme Court, Appellate Division, First Department. November 25, 1904.) In the matter of Martin Conlon. No opinion. Order to show cause granted.

CONNORS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Margaret Connors, as administratrix, against the Metropolitan Street Railway Company. B. H. Ames, for appellant. D. R. Almy, for respondent. No opinion. Judgment and order affirmed, with costs.

COTCHEFER, Respondent, v. COTCHEFER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Anna M. Cotchefer against Charles F. Cotchefer. No opinion. Judgment affirmed, with costs.

COX v. CLARKE. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Fred Henry Cox against Charles E. Clarke. No opinion. Motion denied, on payment of $10 costs.

CRAWFORD, Appellant, v. DUFF, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by George Crawford against W. Grant Duff. No opinion. Motion denied.

CRAWFORD, Appellant, v. DUFF, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by George Crawford against W. Grant Duff. No opinion. Order affirmed, with $10 costs and disbursements.

CRAWFORD, Respondent, v. TRUSTS & GUARANTEE CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by George Crawford against the Trusts & Guarantee Company, Limited, as administrator, etc. PER CURIAM. Judgment and order affirmed, with costs. WILLIAMS and STOVER, JJ., dissent.

In re CREEGAN'S ESTATE (two cases). (Supreme Court, Appellate Division, Second Department. November 18, 1904.) In the matter of the disposition of the real property of James Creegan, deceased, for the payment of his debts. No opinion. Decree of the Surrogate's Court of Orange county affirmed, with costs.

CRISTMAN, Respondent, v. HARTFORD FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by James Cristman against the Hartford Fire Insurance Company. No opinion. Judgment and order affirmed, with costs.

CROCKER WHEELER CO. v. VARICK REALTY CO. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by the Crocker Wheeler Company against the Varick Realty Company. No opinion. Motion granted.

CROHN, Appellant, v. WESTON, Respondent. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Theodore Crohn against Albert T. Weston impleaded. A. S. Gilbert, for appellant. F. Woodbridge, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CRONK, Appellant, v. FISS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Adelbert D. Cronk against William Fiss and another, individually and as surviving partners, etc., and others. PER CURIAM. Order affirmed, with $10 costs and disbursements. WILLIAMS, J., not voting.

In re CULLINAN, Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) In the matter of the petition of Patrick W Cullinan, as State Commissioner of Excise, for an order revoking and canceling